```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

DAVID A. BUL,                      )
                                   )
         Plaintiff,                )
                                   )
         v.                        )     C.A. No. 23-10806-WGY
                                   )
ACTS AVIATION SECURITY, et al.,    )
                                   )
         Defendants.               )
                                   )

## ORDER

**August 14, 2023**

YOUNG, D.J.

When plaintiff David Bul commenced this action, he filed a motion for leave to proceed *in forma pauperis* instead of paying the $402 filing fee. In an order dated July 6, 2023, the Court denied the motion and ordered him to pay the filing fee or submit a satisfactory financial statement. The Court informed him that failure to comply with the order within 21 days could result in dismissal of the action.

The deadline for complying with the Court's July 6, 2023 order has passed without any response from Bul.

Accordingly, this action is hereby DISMISSED without prejudice.

SO ORDERED.

                              /s/ William G. Young
                              WILLIAM G. YOUNG
                              UNITED STATES DISTRICT JUDGE